UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>    Plaintiff,<br><br>v.<br><br>SGT. PEREA, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-01342-JDP<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff William J. Gradford is a former detainee proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff does not appear to be a prisoner within the meaning of the Prison Litigation Reform Act. *See Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has filed an application to proceed *in forma pauperis*. Examination of this application reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is granted.

1

IT IS SO ORDERED.

Dated:   September 24, 2020                       /s/ Jeremy Peterson
                                              UNITED STATES MAGISTRATE JUDGE

No. 205.