UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. PEREA, et al.<br><br>    Defendants. | Case No. 1:20-cv-01342-NONE-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO UPDATE ADDRESS<br><br>(ECF No. 13) |

Plaintiff William J. Gradford is proceeding *pro se* and *in forma pauperis* in this civil rights action. On August 23, 2021, Plaintiff filed a document titled, "Objection to Magistrate Judges Findings and Recommendations," which listed Plaintiff's address as 7636 Monterey Ave., Ceres, California, 95307. (ECF No. 13). However, as the Clerk noted on the docket, on August 23, 2021, Plaintiff listed his address in a separate case, 1:21-cv-01019, as General Delivery, Modesto, CA 95350.

Under Local Rule 183(b), a *pro se* party is required to keep the Court and opposing parties advised as to their current address. And "[i]f mail directed to a [*pro se*] plaintiff . . . by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Local Rule 183(b). Given Plaintiff's conflicting addresses, the Court will order him to file a notice to the Court of a current single address.

Accordingly, it is hereby ORDERED that:

1

1.       The Clerk of the Court is directed to serve Plaintiff with a copy of this order at the following addresses:

   7636 Monterey Ave., Ceres, California, 95307,

   General Delivery, Modesto, CA 95350;

2.       Plaintiff is directed to file a notice of change of address within 14 days of receipt of this order identifying a single current address for the Court to send him mail; and

3.       If Plaintiff fails to file any notice of his new address within 14 days, the Court will thereafter send correspondence only to the last address identified in this case: 7636 Monterey Ave., Ceres, California, 95307.

IT IS SO ORDERED.

   Dated:   **August 24, 2021**                         /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE

2